# United States Probation Office
## For the District of Utah

### Report on Defendant Under Pretrial Supervision

| | |
|---|---|
| Name of Offender: **Yevgeny Felix Tuchinsky** | Docket No.: 2:19CR00394- **001** |

Name of Judicial Officer:   Honorable Dustin B. Pead
                            Chief U.S. Magistrate Judge

Date of Release: October 29, 2019

On October 29, 2019, the defendant was released by the Southern District of California after appearing on charges of Wire Fraud Conspiracy, Promotional Money Laundering, and Money Laundering – Spending under multiple conditions of pretrial release. Over the course of the defendant's community supervision, his condition has been modified multiple times, which included his placement on GPS supervision in November 2019, by the District of Utah.

In February 2020, Senior District Judge Benson signed a motion which removed home confinement and electronic monitoring as a condition of the defendant's release.

In February 2024, following his jury trial, the Court modified the terms of the defendant's release, placing him back under GPS supervision, with a Stand-Alone monitoring component. This condition prohibits the defendant from overnight travel without the permission from the Court.

The defendant has a motion hearing set for May 21, 2025. The defendant may be required to attend this hearing, and as such, will need to travel from his home in the Southern District of California. The defendant does not possess a Real ID, which prevents his travel via airlines. He will need to drive to Utah to be present for the hearing on May 21, 2025.

The defendant plans to leave his home on May 20, 2025, and return on May 22, 2025. Given his conditions of release, and proposed travel plans, it is requested the Court grant permission for the defendant to have overnight travel authorized during this time frame to attend the Motion Hearing.

If the Court desires more information or another course of action, please contact me at 801-535-2734.

Respectfully submitted,

By   Josh Cahoon
     Supervisory U.S. Pretrial Services Officer
     Date: May 12, 2025

PS8
D/UT 12/16

Yevgeny Felix Tuchinsky
2:19CR00394-001

THE COURT:

☒ Approves the request noted above
☐ Denies the request noted above
☐ Other

_____
Honorable ~~Dustin Pead~~ Robert J. Shelby
Chief U.S. ~~Magistrate Judge~~ District Judge
Date:  5/12/2025