# UNITED STATES DISTRICT COURT

District of Utah

UNITED STATES OF AMERICA
v.
YEVGENY FELIX TUCHINSKY

## JUDGMENT IN A CRIMINAL CASE

Case Number: 2:19CR00394-001 RJS

USM Number: 89932-298

Wendy Lewis
Defendant's Attorney

## THE DEFENDANT:

☐ pleaded guilty to count(s)

☐ pleaded nolo contendere to count(s) which was accepted by the court.

☑ was found guilty on count(s) 1ss of the Superseding Indictment after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 1343,1346, 1349 | Wire Fraud and Honest Services Fraud Conspiracy | | 1ss |

The defendant is sentenced as provided in pages 2 through 9 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has been found not guilty on count(s) 2ss of the Superseding Indctment

☑ Count(s) 1-16,1s-16s ☐ is ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

8/12/2026
Date of Imposition of Judgment

[signature]
Signature of Judge

Robert J. Shelby United States District Court Judge
Name and Title of Judge

9/2/2026
Date

DEFENDANT: YEVGENY FELIX TUCHINSKY
CASE NUMBER: 2:19CR00394-001 RJS

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

1 year and 1 day, with credit for time served.

☑ The court makes the following recommendations to the Bureau of Prisons:
The court recommends the defendant serve his sentence at a minimum security California facility to allow him to be close to family members.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ______________ ☐ a.m. ☐ p.m. on ______________ .
- ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☑ before 2 p.m. on 6/4/2027 .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ______________ to ______________

at ______________ , with a certified copy of this judgment.

______________
UNITED STATES MARSHAL

By ______________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: YEVGENY FELIX TUCHINSKY
CASE NUMBER: 2:19CR00394-001 RJS

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

3 Years.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☑ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT: YEVGENY FELIX TUCHINSKY
CASE NUMBER: 2:19CR00394-001 RJS

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may, after obtaining Court approval, require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature ______________________ Date ____________

DEFENDANT: YEVGENY FELIX TUCHINSKY
CASE NUMBER: 2:19CR00394-001 RJS

# SPECIAL CONDITIONS OF SUPERVISION

1. You must not enter into any self-employment while under supervision without prior approval of the U.S. Probation Office.
2. You must not create a DBA or LLC without prior approval of the U.S. Probation Office. You must also disclose to the U.S. Probation Office your involvement in existing DBAs or LLCs.
3. You must refrain from incurring new credit charges or opening additional lines of credit unless in compliance with any established payment schedule and obtain the approval of the U.S. Probation Office.
4. You must provide the U.S. Probation Office complete access to all business and personal financial information.
5. You must not maintain more than one personal and/or business checking/savings account and shall not open, maintain, be a signatory on, or otherwise use any other financial institution account without the prior approval of the U.S. Probation Office.
6. You must not transfer, sell, give away, or otherwise convey any asset with a value of $500 or more without the approval of the U.S. Probation Office.
7. You must apply all monies received from income tax refunds, lottery winnings, judgements, and/or anticipated or unexpected financial gains to the outstanding Court-ordered financial obligations. You must immediately notify the probation officer of the receipt of any indicated monies.
8. You must be placed on the Statefinder and Treasury Offset programs, requiring any state and federal tax refunds be intercepted for purposes of Court-ordered financial obligations.
9. You must notify the U.S. Probation Office and the Office of the United States Attorney of any material change in your economic circumstances that might affect your ability to pay Court-ordered financial obligations. You must also notify the U.S. Probation Office and the Office of the United States Attorney of any loss of employment or increase or decrease in income.
10. You must submit your person, property, house, residence, office, vehicle, papers, computer [as defined in 18 U.S.C.Ł1030(e)(1)], other electronic communications or data storage devices or media to a search, conducted by the probation office at a reasonable time and in a reasonable manner based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; you must warn any other residents that the premises may be subject to searches pursuant to this condition.
11. The court orders that the defendant shall not apply for a passport prior to self surrender.

DEFENDANT: YEVGENY FELIX TUCHINSKY
CASE NUMBER: 2:19CR00394-001 RJS

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 137,802.30 | $ 0.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until ____________. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| FedEx Ground Package Systems Inc.<br>Attn: FXG Financial Receivables,<br>1000 FedEx Drive,<br>Moon Township, PA 15108. | $1,378,702.30 | $1,378,702.30 | |
| **TOTALS** | $ 1,378,702.30 | $ 1,378,702.30 | |

☐ Restitution amount ordered pursuant to plea agreement $ 1,378,702.30

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☑ the interest requirement is waived for the ☐ fine ☑ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: YEVGENY FELIX TUCHINSKY
CASE NUMBER: 2:19CR00394-001 RJS

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ 100.00 due immediately, balance due

☐ not later than ________________, or
☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal ________ *(e.g., weekly, monthly, quarterly)* installments of $ ________ over a period of ________ *(e.g., months or years)*, to commence ________ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal ________ *(e.g., weekly, monthly, quarterly)* installments of $ ________ over a period of ________ *(e.g., months or years)*, to commence ________ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within ________ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:
Restitution is ordered to be paid joint and several with co-defendant(s) in Case No. 2:19CR0394 RJS. Restitution shall be paid at a rate of $100 per month upon release from incarceration. The Court waives the accrual of interest. The court does not order restitution payments while the defendant is incarcerated

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☑ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| Alexsander Vasiliyevich Barsukov<br>2:19CR00394-002 RJS | 1,378,702.30 | 1,378,702.30 | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:
See next page.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

DEFENDANT: YEVGENY FELIX TUCHINSKY
CASE NUMBER: 2:19CR00394-001 RJS

## ADDITIONAL DEFENDANTS AND CO-DEFENDANTS HELD JOINT AND SEVERAL

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| Konstanin Mikhaylovich Tomilin<br>2:19CR00394-003 RJS | $1,378,702.30 | $1,378,702.30 | |
| Leonid Isaakovich Teyf<br>2:19CR00394-004 RJS | $1,378,702.30 | $1,378,702.30 | |
| Felix Tsipelzon<br>2:19CR00394-005 RJS | $1,378,702.30 | $1,378,702.30 | |
| Ryan Mower<br>2:19CR00394-006 RJS | $1,378,702.30 | $1,378,702.30 | |

DEFENDANT: YEVGENY FELIX TUCHINSKY
CASE NUMBER: 2:19CR00394-001 RJS

# ADDITIONAL FORFEITED PROPERTY

1. $4,259.34 seized from America First Credit Union (AFCU) 740421-3.1 held in the name of A&B Transportation, Inc.
2. $7,506.97 seized from AFCU 740421-3.9 held in the name of A&B Transportation, Inc.
3. $803.80 seized from AFCU 747165-9.1 held in the name of A&Y Transportation, Inc.
4. $7,607.20 seized from AFCU 747165-9.9 held in the name of A&Y Transportation, Inc.
5. $2,556.02 seized from AFCU 788112-1.1 held in the name of American Star Transport, Inc.
6. $7,211.45 seized from AFCU 788112-1.9 held in the name of American Star Transport, Inc.
7. $7,849.46 seized from AFCU 775371-8.1 in the name of Big Dogs Transport, Inc.
8. $1,769.62 seized from AFCU 775371-8.9 in the name of Big Dogs Transport, Inc.
9. $2,305.88 seized from AFCU 757748-9.1 in the name of Costa Transportation, Inc.
10. $14,291.38 seized from AFCU 757748-9.9 in the name of Costa Transportation, Inc.
11. $671.71 seized from AFCU 788126-1.1 in the name of Eugene Trucking, Inc.
12. $2,843.47 seized from AFCU 788126-1.9 in the name of Eugene Trucking, Inc.
13. $4,520.96 seized from AFCU 788125-3.1 in the name of Falanga Transport, Inc.
14. $8,981.81 seized from AFCU 788125-3.9 in the name of Falanga Transport, Inc.
15. $7,588.29 seized from AFCU 776625-6.1 in the name of Fusion Transport, Inc.
16. $9,168.85 seized from AFCU 776625-6.9 in the name of Fusion Transport, Inc.

1. Real Property at 8245 The Landing Way, San Diego, California 92127, legally described as:
PARCEL 1: LOT 222 OF COUNTY OF SAN DIEGO TRACT 5069-3, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 15583, RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY ON JULY 27, 2007. EXCEPTING THEREFROM ALL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS RIGHTS, AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN, GEOTHERMAL STEAM AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, THAT MAY BE WITHIN OR UNDER THE PARCEL OF LAND HEREINABOVE DESCRIBED, TOGETHER WITH THE PERPETUAL RIGHT OF DRILUNG, MINING, OR EXPLORING AND OPERATING THEREFOR AND STORING IN AND REMOVING SAME FROM SAID LAND OR ANY OTHER LAND, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM LANDS OTHER THAN THOSE HEREINABOVE DESCRIBED, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LAND HEREINABOVE DESCRIBED, AND TO BOTTOM SUCH WHIPSTOCKEO OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS OR MINES WITHOUT, HOWEVER, THE RIGHT TO DRILL, MINE, STORE, EXPLORE OR OPERATE THROUGH THE SURFACE OR THE UPPER 500 FEET OF THE SUBSURFACE OF THE PROPERTY.
PARCEL 2: A NON-EXCLUSIVE EASEMENT FOR VEHICULAR AND PEDESTRIAN INGRESS, EGRESS AND ACCESS ON, OVER, UNDER AND ACROSS EACH ASSOCIATION ACCESS EASEMENT AREA (DEFINED IN THE DECLARATION DESCRIBED BELOW), IF ANY, SUBJECT TO THE TERMS AND PROVISIONS OF THE DECLARATION RECORDED NOVEMBER 13, 2007 AS INSTRUMENT NO. 2007-0717202 AND THE APPLICABLE ASSOCIATION ACCESS EASEMENT (DEFINED IN THE DECLARATION),
PARCEL 3: AN "ACCESS AND UTIUTY EASEMENT" AS DESCRIBED IN ARTICLE 2 OF THAT CERTAIN "GRANT OF EASEMENTS" RECORDED SEPTEMBER 28, 2001 AS FILE NO. 2001-0703413 OF THE OFFICIAL RECORDS OF SAN DIEGO COUNTY.
PARCEL 4: AN "ACCESS AND UTILITY EASEMENT" AS DESCRIBED IN ARTICLE 2 OF THAT CERTAIN "GRANT OF EASEMENTS" RECORDED SEPTEMBER 28, 2001 AS FILE NO, 2001 0703415 OF THE OFFICIAL RECORDS OF SAN DIEGO COUNTY,
PARCEL 5:AN EASEMENT FOR VEHICULAR AND PEDESTRIAN INGRESS AND EGRESS AS DESCRIBED IN SECTION 1.2 OF THAT CERTAIN GRANT,OF EASEMENTS (ACCESS AND UTILITY) DATED AS OF FEBRUARY 7, 2006, AND RECORDED
FEBRUARY 7, 2006 AS FILE NO, 2006-0090335 IN THE OFFICIAL RECORDS OF SAN DIEGO COUNTY.
PARCEL 6: A NON-EXCLUSIVE EASEMENT, IN COMMON WITH OTHER OWNERS, FOR ACCESS, INGRESS, EGRESS, USE AND ENJOYMENT OVER, IN, TO, AND THROUGH THE ASSOCIATION PROPERTY DESCRIBED IN THE DECLARATION RECORDED NOVEMBER 13, 2007 AS INSTRUMENT NO, 2007-0717202 AND ANY SUPPLEMENTARY DECLARATION (DEFINED IN THE DECLARATION), SUBJECT TO THE LIMITATIONS SET FORTH THEREIN. Parcel ID: 267-430-28-00
2. Real property at 5745 W 300 S, Salt Lake City, UT 84104, legally described as:
PARCEL ID: 14-02-426-001-0000
LOT10, WESTPORT INDUSTRIAL PARK PL 5. 9723-885109748-2699 9748-2709
3. $234,000 paid to the United States as rent payments owed to Salt Lake Commercial Properties, by Jonathan Glancy and his business entities for rental of the property located at 5745 West 300 South, Salt Lake City, Utah
4. DPMS G2 LRT-SASS3 rifle, CAL: .308 SN: AA009726 with Magazine and Trijicon Acoj Scope SN: 69890
5. 18kt Rose & White Gold Van Cleef & Arpels Butterfly Earrings Set w/Diamonds & Sapphires & Gold Chain
6. 18kt Rose & White Gold Van Cleef & Arpels Butterfly Earrings Set w/Diamonds & Sapphires from Van Cleef & Arpels
7. Platinum Tiffany & Co. Round Brilliant Cut Diamond Stud Earrings (1.75cttw)
8. Platinum & 18kt Yellow Gold Tiffany & Co. Emerald (1 ct) & Diamond (.50cttw) Ring w/Ring Box
9. 18 kt Rose Gold Dangle Earrings Set w/Rose & Round Brilliant Cut Diamonds (7cttw)
10. 18 kt Yellow Gold Flower Design Ring Set w/6 Brown Diamonds (6.38cttw) & Round Diamonds (1 cttw)
11. $11,100.00 currency in lieu of (2014) Jeep Cherokee, VIN: 1C4RJFAG4EC408283
12. $64,165.93 seized from AFCU 7753320.9 in the name of Salt Lake Diesel Repair
13. $54,164.94 seized from AFCU 7806920.9 in the name of Salt Lake Driving Academy
14. $294,379.15 seized from AFCU 7832231.9 in the name of Salt Lake Trucking Group
15. $2,970.35 seized from Wells Fargo Bank 8735088679 in the name of Yevgeny Tuchinsky and Leyla Borovik